# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. PETROS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HIRAM DUNCAN, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00277-SAB<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF No. 27) |

Christopher M. Petros ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma paupers*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a first amended complaint that has been screened and found to state a cognizable Eighth Amendment claim against Defendant Hiram Duncan, in his individual capacity, for excessive force.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall terminate all defendants except Officer Hiram Duncan;

2. Service shall be initiated on the following defendant:

    **Officer Hiram Duncan**

3. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed June 26, 2019;

1

4. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons for each defendant listed above;

    b. One completed USM-285 form for each defendant listed above; and

    c. Two (2) copies of the endorsed first amended complaint filed June 26, 2019; and

5. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: __**March 10, 2020**__

UNITED STATES MAGISTRATE JUDGE