# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. PETROS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER HIRAM DUNCAN,<br><br>　　　　Defendant. | Case No.  1:19-cv-00277-SAB<br><br>ORDER VACATING OCTOBER 7, 2020 HEARING ON DEFENDANT'S MOTION TO COMPEL |

Christopher M. Petros ("Plaintiff"), a former state prisoner proceeding *pro se* and *in forma paupers*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On August 21, 2020, Hiram Duncan ("Defendant") filed a motion to compel discovery.  (ECF No. 39.)  The motion was noticed for a hearing on October 7, 2020.  (Id.)

Pursuant to the Local Rules of the Eastern District of California, Plaintiff's opposition to the motion for summary judgment was due on September 23, 2020.  L.R. 230(c).  Plaintiff did not file a timely opposition to the motion.  The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument.  L.R. 230(c).  The matter is taken under submission and shall be decided on the papers.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the hearing set for October 7, 2020, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **September 25, 2020**

UNITED STATES MAGISTRATE JUDGE