UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. PETROS,<br><br>  Plaintiff,<br><br>  v.<br><br>HIRAM DUNCAN,<br><br>  Defendant. | No. 1:19-cv-00277-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 42, 43) |

Plaintiff Christopher M. Petros is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 19, 2021, defendant Hiram Duncan filed a motion to dismiss on the grounds that plaintiff had failed to comply with discovery and other court orders. (Doc. No. 42.) Plaintiff did not file an opposition to that motion. On February 22, 2021, the assigned magistrate judge issued findings and recommendations, recommending that defendant's motion to dismiss be granted and this action be dismissed with prejudice due to plaintiff's failure to comply with court orders and failure to prosecute. (Doc. No. 43.) The findings and recommendations was served on the parties and contained notice that any objections to the findings and recommendations were to be filed within thirty days from the date of service. (*Id.*) No objections have been filed, and the time for filing objections has passed.

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued February 22, 2021 (Doc. No. 43) are adopted in full;
2. Defendant Duncan's motion to dismiss (Doc. No. 42) is granted;
3. This action is dismissed due to plaintiff's failure to comply and failure to prosecute; and
4. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:  **April 21, 2021**                    /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE

2